UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

F.O,

                              Petitioner,

        v.

MINGA WOFFORD, in official capacity,
Facility Administrator of Mesa Verde Ice
Processing Center; SERGIO ALBARRAN, in
official capacity, Field Office Director of ICE's
San Francisco Field Office; TODD M. LYONS,
in official capacity, Acting Director of ICE,
KRISTI NOEM, in official capacity, Secretary
of the U.S. Department of Homeland Security;
PAM BONDI, in official capacity, Attorney
General of the United States,

                              Respondents.

Case No. 1:26-cv-01650-KES-SAB

**ORDER GRANTING UNOPPOSED
MOTION TO PROCEED UNDER
PSEUDONYM**

On February 27, 2026, Petitioner filed a Motion to Proceed Under Pseudonym.

The Court, having considered Petitioner's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1.  Petitioner will be referred to by his initials—"F.O.—in this action and in filings made by the parties.

IT IS SO ORDERED.

Dated:   March 9, 2026

_____
UNITED STATES DISTRICT JUDGE

1